**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

JEROME BEARD,

Plaintiff,

-against-

24 **CIVIL** 6765 (VB)

# JUDGMENT

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 15, 2026, the motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

September 16, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**